ST. LOUIS, JACKSONVILLE & CHICAGO RAILROAD COMPANY

*v.*

DAVID WINTER.

APPEAL from the Circuit Court of Morgan county; the Hon. D. M. WOODSON, Judge, presiding.

This case presents the same questions decided in the preceding case.

Messrs. KETCHAM & ATKINS, for the appellant.

Messrs. MORRISON & EPLER, for the appellee.

Mr. JUSTICE WALKER : This case is, in all material respects, identical with the preceding case, and the judgment is affirmed.

*Judgment affirmed.*